UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. 1:12-CR-19 |
| V. ) | |
| ) | MATTICE / LEE |
| DONALD ALLEN RAINES ) | |

**O R D E R**

  Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the one-count Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter [Doc. 13]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 13] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

  (1) Defendant's motion to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;

  (2) Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

  (3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment;

  (4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **Monday, September 10, 2012 at 2:00 p.m.** before the Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

> /s/Harry S. Mattice, Jr.
> HARRY S. MATTICE, JR.
> UNITED STATES DISTRICT JUDGE

2

Case 1:12-cr-00019-HSM-SKL   Document 16   Filed 06/19/12   Page 2 of 2   PageID #: 32